IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY FELTS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-932-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant affirming the decision of the defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and dismissing plaintiff's appeal.

| s/ V. Olmo, Deputy Clerk | 10/15/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |