# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

**RICKY FELTS,**

        **Plaintiff,**

vs.                                                                **Case No.: 17-cv-932**

**NANCY BERRYHILL,**
    **Commissioner of Social Security,**

        **Defendant.**

## NOTICE OF APPEAL

*Notice is hereby given* that Ricky Felts, by his attorney, Dana W. Duncan, Duncan Disability Law, S.C. plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit, an order dated October 15, 2018 and the judgment dated October 15, 2018 by Federal District Magistrate Judge Stephen Crocker which affirmed the decision of the Defendant, Nancy Berryhill, Commissioner of Social Security, denying plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 216(i) and 223.

Dated this 11th day of December, 2018.

                                                              **DUNCAN DISABILITY LAW, S.C.**
                                                              Attorneys for the Plaintiff

                                                               /s/ Dana W. Duncan
                                                               Dana W. Duncan
                                                               State Bar I.D. No. 01008917
                                                               555 Birch St
                                                               Nekoosa, WI 54457
                                                               (715) 423-4000